FILED
MAR - 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DERRICK LIPSEY, #09099-012
Federal Medical Center, card unit
POB 14500 Plaintiff,
Lexington, KY 40512
vs.

DEPARTMENT OF JUSTICE,
EXECUTIVE OFFICE OF THE U.S.
ATTORNEY'S OFFICE
   Defendant.

Civil No. _____

COMPLAINT UNDER THE FREEDOM
OF INFORMATION AND PRIVACY
ACTS. 5 USC 552 AND 5 USC
552

CASE NUMBER  1:06CV00423

JUDGE: Richard W. Roberts

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 03/08/2006

Comes Now, Derrick Lipsey, Plaintiff, proceeding pro se and without the aid of counsel, who states the following as his cause of action:

### JURISDICTION

1. This cause of action arises under the provisions of the Freedom of Information and Privacy Acts, 5 USC and 5 USC(a), and this Court has Jurisdiction and venue in this matter by of 552(a)(4)(B).

2. The Plaintiff was sentenced in the United States District Court, for the Southern District of Ohio and presently resides in Lexington, Kentucky.

3. The Defendant is a Department of the Executive Branch of the Government of the United States, i.e., The U.S. Justice Department as named herein.

RECEIVED
FEB 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. The U.S. Justice Department is an agency within the meaing of the term "agency" as that term is used in the Freedom of Information and Privacy Acts.

## COUNT 1

1. The allegations contained in paragraphs 1 thriugh 4 above are incorporated herein as though fully set forth herein.

2. The U.S. Department of Justice prepares and maintains a system of records pertaining to Investigation and Prosecution of criminal defendants. This system of records are located in the files of the U.S. Attorney Office, a division of the U.S. Justice Department.

3. In 2004, the Plaintiff did make a request in writing for various documents, tape recordings and notes that were/are within the system of records maintained by the said U.S. Department of Justice/U.S. Attorney's Office.

4. The U.S. Justice Department/U.S. Attorney's Office did respond to Plaintiff's written request but failed to disclose fully thirty (30) pages of Plaintiff's file and disclosed only part of 29 pages of his file. (See Exhibit A attached).

5. In October of 2004, Plaintiff Appealed this partial and full denial. On August 1, 2005, the U.S. Department of Justice, Defendant, responded to Plaintiff's Apppeal requests allowing Plaintiff to receive an additional three (3) pages but Affirming the EOUSA's action. (See Exhibit A attached).

6. The Plaintiff brings this civil action for the purpose of compelling the Defendants to disclose to the Plaintiff his entire file, (icluding tape recordings) as maintained within its system of records of the U.S. Justice Department/ Executive Office for the United States Attorney together with any other records pertinent to said request. The is pertinent to Plaintiff's criminal action in Federal Court and to his current civil action in Federal Court.

## COUNT 2

1. The allegations contained in paragraphs 1 through 4 concerning Jurisdiction are incorporated herein as though fully set forth herein.

2. The U.S. Justice Department/U.S. Attorney's Office prepares and maintains a system of records pertaining to Investigation and prosecution of criminal defendants. This system of records are located in the files of the U.S. Attorney's Office, a division of the U.S. Department of Justice.

3. In 2004, Plaintiff did make a specific request to this agency requesting a copy of his grand jury transcipts. In March of 2005, the U.S. Department of Justice denied this request. On March 20, 2005, Plaintiff appealed this denial and on July 12, 2005, the U.S. Department of Justice denied Plaintiff's appeal. (See Exhibit B attached).

4.  Plaintiff brings this civil action for the purpose of compelling the Defendants to disclose to Plaintiff his grand jury transcripts which were once disclosed to him during his sentencing hearing in the Federal District Court, Southern District of Ohio in June of 1993. These transcripts are maintained in the records of the U.S. Department of Justice.

**Wherefore,** Plaintiff prays for an Order from this Court compelling the U.S. Department of Justice to fully disclose the requested infromation set forth in Count's 1 & 2. This request includes the disclosing of all information through a "VAUGHN INDEX" or through any other maens. Further, Plaintiff prays for any other relief that this Court deems appropriate.

Respectfully submitted,

*/s/ Derrick Lipsey*
DERRICK LIPSEY, Pro se
Reg. No. 99099-012
P.O. Box 14500
Lexington, KY 40512