Exhibit A Exhibits for Count 1 of Complaint.

October 25, 2004

Derrick Lipsey
#99099-012  Card Unit
P.O. Box 14500
Federal Medical Center
Lexinton, KY 40512


Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530


RE: Case No. 02-1901


To Whom it may concern:

   I am Appealing the partial denial of 29 pages and the full denial of 30 pages from my FOIA/Privacy Act request. I am seeking a precise reason or reasons or determination of why 29 pages were denied in part and 30 pages have been denied in full.

   I would like for your Agency to provide me with a "VAUGHN INDEX", a description of each document withheld or redacted and an explaination of the reasons for non-disclosure.

   The information and/or documents that I am seeking are not for any commercial use. They are soley for my personal use. I am currently preparing a Habeas Corpus Petition and other Civil Petitions on my behalf.

   Finally, this is an Appeal of the September 27, 2004 FOIA/Privacy Act request. (See attachment).

   Thanks in advance.


Sincerely,

06 0423

cc: File
    Personal Attorney James D. Owen

FILED

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757  Fax 202-616-6478

SEP 2 7 2004

Requester: __Derrick Lipsey__          Request Number: __02-1901__

Subject of Request: __Self__

Dear Requester:

    Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Offices.

    To provide you the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

    The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 C.F.R. §16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. This letter is a [ X ] partial [ ] full denial.

    Enclosed please find:

__118__ page(s) are being released in full (RIF);
__29__ page(s) are being released in part (RIP);
__30__ page(s) are withheld in full (WIF). **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

    The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

Section 552                                  Section 552a

[ ] (b)(1)      [ ] (b)(4)      [ ] (b)(7)(B)       [ X ] (j)(2)
[ X ] (b)(2)    [ X ] (b)(5)    [ X ] (b)(7)(C)     [ ] (k)(2)
[ ] (b)(3)      [ ] (b)(6)      [ X ] (b)(7)(D)     [ ] (k)(5)
                [ ] (b)(7)(A)   [ ] (b)(7)(E)       [ ] _____
                                [ ] (b)(7)(F)

    [ ] In addition, this office is withholding grand jury material which is retained in the District.

(Page 1 of 2)

Form No. 021- no fee - 2/04

[ X ]   A review of the material revealed:

[ X ]   ____1____ page(s) originated with another government component. **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** These records will be referred to the following component(s) listed for review and direct response to you:   Bureau of Prisons

[ X ]   There are public records which may be obtained from the clerk of the court or this office, upon specific request. If you wish to obtain a copy of these records, you must submit a new request. These records will be provided to you subject to copying fees.

[ X ]   See additional information attached.

This is the final action this office will take concerning your request.

You may appeal my decision to withhold records in this matter by writing within sixty (60) days from the date of this letter, to:

> Office of Information and Privacy
> United States Department of Justice
> Flag Building, Suite 570
> Washington, D.C. 20530

Both the envelope and letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

Enclosure(s)

(Page 2 of 2)
Form No. 021 - no fee - 2/04

Supplemental Page Pertaining to Presentence Investigation Reports

[ X ]   A copy of your Pre-Sentence Investigation Report (PSR) has been found in the material located in a United States Attorney's Office. It appears that you are an inmate in a Federal correctional facility, which is under the jurisdiction of the Bureau of Prisons. Access to your PSR therefore will be granted in accordance with the enunciated policy of the Bureau of Prisons.

The Bureau of Prisons policy with respect to Pre-Sentence Reports is that effective November 2, 2002, for safety and security reasons, inmates in Federal correctional facilities may not obtain or possess photocopies of their Pre-Sentence Reports (See Reissued Program Statement No. 1351.05, Release of Information September 19, 2002)). However, their policy provides you with a reasonable opportunity to access and review your PSR locally. The procedure is to make a request through your Unit Team to access and review your records, as provided by the above-referenced Program Statement. If you have any further questions about the Bureau of Prisons policy, please contact your Unit Team.

Form No. O43 - 11/02



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                     Washington, D.C. 20530

AUG 0 1 2005

Mr. Derrick Lipsey
Register No. 99099-012
Federal Medical Center, Card Unit   Re:  Appeal No. 05-0307
Post Office Box 14500                    Request No. 02-1901
Lexington, KY  40512                     RLH:GLB:JTR

Dear Mr. Lipsey:

    You appealed from the action of the Executive Office for United States Attorneys on your request for access to records concerning you.

    After carefully considering your appeal, and as a result of discussions between EOUSA personnel and a member of my staff, I have decided to release all, or portions of, three additional pages to you, copies of which are enclosed. I am, however, otherwise affirming the EOUSA's action on your request.

    The records responsive to your request are exempt from the access provision of the Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2). See 28 C.F.R. § 16.81 (2004). Because these records are not available to you under the Privacy Act, your request has been reviewed under the Freedom of Information Act in order to afford you the greatest possible access to them.

    The EOUSA properly withheld from you certain information that is protected from disclosure under the FOIA pursuant to:

    5 U.S.C. § 552(b)(2), which concerns matters that are related solely to internal agency practices;

    5 U.S.C. § 552(b)(3), which concerns matters specifically exempted from release by statute (in this instance, 18 U.S.C. § 3153, which pertains to information obtained in the course of performing pretrial services functions in relation to a particular accused person and to be used for the sole purpose of bail determination);

-2-

    5 U.S.C. § 552(b)(5), which concerns certain inter- and intra-agency communications protected by the deliberative process and attorney work-product privileges;

    5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties; and

    5 U.S.C. § 552(b)(7)(F), which concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to endanger the life or personal safety of an individual.

I have also determined that this information is not appropriate for discretionary release.

    Please note that forty-one of the pages withheld from you consist of your Pre-Sentence Investigation report (PSI). You can access your PSI locally by asking a staff member where you are incarcerated for an opportunity to review it. However, you will not be permitted to retain copies of your PSI because the Federal Bureau of Prisons has determined that your possession of it could reasonably be expected to cause physical injury or adversely affect the security, safety, or good order of the institution in which you are incarcerated. See Fed. Bureau of Prisons, U.S. Dep't of Justice, Program Statement 1351.05, at 15-16 (Sept. 19, 2002); see also, e.g., Jones v. North Carolina Prisoners' Labor Union, Inc., 433 U.S. 119, 126 (1977) ("Because the realities of running a penal institution are complex and difficult, [the Supreme Court has] recognized the wide-ranging deference to be accorded the decisions of prison administrators.").

    In addition, the EOUSA referred one page that originated with the Federal Bureau of Prisons to that component for processing and direct response to you. This referral was proper and in accordance with Departmental regulations. See 28 C.F.R. § 16.4(c) (2004).

    Finally, I am denying your request that we itemize and justify each item of the information withheld. You are not entitled to such a listing at the administrative stage of processing FOIA requests and appeals. See Judicial Watch v. Clinton, 880 F. Supp. 1, 10 (D.D.C. 1995).

-3-

    If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                                                  Sincerely,

                                                  Richard L. Huff
                                                  Co-Director

Enclosures

DERRICK LIPSEY
#99099-012 Card. Unit
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

RE: <u>FOIA/PA APPEAL, CASE NO. 05-247.</u>

I am appealing the withholding of certain information by the Department of Justice. The Department of Justice has not indicated just how many pages are being withheld, however, I am appealing this response since I only have a limited time to seek review from your office.

Although an agency may refuse to disclose certain documents pursuant to a FOIA exemption, it must ordinarily produce a <u>"VAUGHN INDEX"</u>, a description of "each" document withheld or redacted and an explanation of the reasons for non-discloser. See, <u>Vaughn v. Rosen</u>, 484 F.2d 820, 827 (D.C. Cir. 1973) and <u>JUDICIAL WATCH, INC. v. U.S. POSTAL SERVICE</u>, 297 F.Supp.2d (D.C. 2004).

Therefore, I am requesting that your agency provide me with a description of each document withheld <u>and</u> an explanation of the reasons for non-discloser.

Thanks in advance.

Respectfully submitted,                                    Dated: 4/20/05

*Derrick Lipsey*
#99099-012   4/20/05
Cc: File
    Attorney James D. Owen

06 0423

FILED
MAR - 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

MAR 2 8 2005

Requester: __Derrick Lipsey__                Request Number: __05-247__

Subject of Request: __Self (court order & grand jury material)__

Dear Requester:

    Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Offices.

    To provide you the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

    The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 C.F.R. §16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. This letter is a [ X ] partial [  ] full denial.

    Enclosed please find:

__  10  __ page(s) are being released in full (RIF);
_____ page(s) are being released in part (RIP);
_____ page(s) are withheld in full (WIF). **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

    The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

Section 552                                                            Section 552a

[  ] (b)(1)      [  ] (b)(4)      [  ] (b)(7)(B)           [ X ] (j)(2)
[  ] (b)(2)      [  ] (b)(5)      [  ] (b)(7)(C)           [  ] (k)(2)
[ X ] (b)(3)    [  ] (b)(6)      [  ] (b)(7)(D)           [  ] (k)(5)
__FRCrP Rule__  [  ] (b)(7)(A)  [  ] (b)(7)(E)           [  ] _____
__6(e)__                           [  ] (b)(7)(F)

    [ X ] In addition, this office is withholding grand jury material which is retained in the District.

(Page 1 of 2)

Form No. 021- no fee - 2/04

[ ]   A review of the material revealed:

[ ]   _____ page(s) originated with another government component. **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** These records will be referred to the following component(s) listed for review and direct response to you:_____

[ ]   There are public records which may be obtained from the clerk of the court or this office, upon specific request. If you wish to obtain a copy of these records, you must submit a new request. These records will be provided to you subject to copying fees.

[ X ]   See additional information attached.

This is the final action this office will take concerning your request.

You may appeal my decision to withhold records in this matter by writing within sixty (60) days from the date of this letter, to:

> Office of Information and Privacy
> United States Department of Justice
> Flag Building, Suite 570
> Washington, D.C. 20530

Both the envelope and letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records are located; or in the District of Columbia.

Sincerely,

Marie A. O'Rourke
Assistant Director

Enclosure(s)



U.S. Department of Justice

Office of Information and Privacy

---

Telephone: (202) 514-3642          Washington, D.C. 20530

JUL 1 2 2005

Mr. Derrick Lipsey
Register No. 99099-012
Federal Medical Center          Re:  Appeal No. 05-1634
Post Office Box 14500                Request No. 05-247
Lexington, KY   40512                RLH:NSQ:JTR

Dear Mr. Lipsey:

    You appealed from the action of the Executive Office for United States Attorneys on your request for access to the grand jury materials in your criminal case.

    After carefully considering your appeal, I have decided to affirm the EOUSA's action on your request.

    The records responsive to your request are exempt from the access provision of the Privacy Act of 1974 pursuant to 5 U.S.C. § 552a(j)(2).  See 28 C.F.R. § 16.81 (2004).  Because these records are not available to you under the Privacy Act, your request has been reviewed under the Freedom of Information Act in order to afford you the greatest possible access to the requested records.

    The EOUSA properly withheld your grand jury records because they are protected from disclosure under the FOIA pursuant to 5 U.S.C. § 552(b)(3).  This provision concerns matters specifically exempted from release by statute (in this instance, Rule 6(e) of the Federal Rules of Criminal Procedure, which pertains to the secrecy of grand jury proceedings).  I have also determined that this information is not appropriate for discretionary release.  Please note that Rule 6(e) of the Federal Rules of Criminal Procedure also protects the number of pages of grand jury records withheld from you.

    Furthermore, I am denying your request that we itemize and justify each item of the information withheld.  You are not entitled to such a listing at the administrative stage of processing FOIA requests and appeals.  See Judicial Watch v. Clinton, 880 F. Supp. 1, 10 (D.D.C. 1995).

-2-

If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director