AO 240 (r 94)

# United States District Court

**FILED**
MAR - 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

For The _____ DISTRICT OF Columbia

Derrick Lipsey
_____
Plaintiff

V.

Department of Justice
_____
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **06 0423**

I, Derrick Lipsey, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant            ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:  ☑ Yes   ☐ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  Federal Medical Center Lexington, Kentucky

   Are you employed at the institution?  yes    Do you receive any payment from the institution?  yes

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes   ☐ No   N/A

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

      N/A

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes   ☐ No
   b. Rent payments, interest or dividends              ☐ Yes   ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☐ No
   d. Disability or workers compensation payments       ☐ Yes   ☐ No
   e. Gifts or inheritances                             ☐ Yes   ☐ No
   f. Any other sources                                 ☑ Yes   ☐ No

   **RECEIVED**
   FEB 07 2006
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.  Family + Friends

   2

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Destinee Lipsey, Tieria Williamson
   Angel Williamson   Mother of Children

I declare under penalty of perjury that the above information is true and correct.

1/18/06                                Derick Lipsey
DATE                                   SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _see attachments_ on account to his/her credit at (name of institution) _Federal Medical Center_ . I further certify that the applicant has the following securities to his/her credit: _____

_____ I further certify that during the past six months the applicant's average balance was $ _____ . I further certify that during the past six months the applicant's average monthly deposit was $ _____ .

Jan 19, 2006                           _[signature]_ Counselor  see attached 4 pages
DATE                                   SIGNATURE OF AUTHORIZED OFFICER