UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: _Derrick Lipsey_ v. _Department of Justice_

Civil Action No. _06 0423 - RWR_

I, _Derrick Lipsey_ # _99099-012_, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $250.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $250.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_Derrick Lipsey_
Signature of Plaintiff

n:\forms\Trust Account Form

## Inmate Inquiry

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 99099012 | Current Institution: | Lexington FMC |
| Inmate Name: | LIPSEY, DERRICK | Housing Unit: | CARD |
| Report Date: | 01/03/2006 | Living Quarters: | C02-129L |
| Report Time: | 10:51:35 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1122 |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 8/8/2001 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 1/2/2006 5:21:25 PM |
| Account Status: | Active |
| ITS Balance: | $9.51 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $90.88 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $90.88 |
| National 6 Months Deposits: | $1,000.00 |
| National 6 Months Withdrawals: | $986.85 |
| National 6 Months Avg Daily Balance: | $53.21 |
| Local Max. Balance - Prev. 30 Days: | $103.88 |
| Average Balance - Prev. 30 Days: | $16.04 |

## Commissary History

Dear Clerk:                                    3/14/06

Case No. 060423-RBW

Recently I received from the Court permission for "Leave to file without prepayment of costs". I have also received some other information from your office concerning instructions on filing and a consent and collection form.

I am enclosing the consent and collection form with this letter. I am not sure, due to my pro se status, if I am required to send you the form. Therefore, could you review my Complaint and inform me as to any changes or additions I may need to make with the Complaint and inform me as to what my or the Courts next steps will be in these proceedings.

Thank you.

Mr. Derrick Sipsey