IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRICK LIPSEY** )<br>)<br>)<br>**Plaintiff,** )<br>) Civil Action No. 06-0423 (RWR)<br>**V.** )<br>) ECF<br>**DEPARTMENT OF JUSTICE** )<br>)<br>**Defendant.** )<br>) | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

In accordance with Federal Rule of Civil Procedure 6(b)(1), defendant, by and through undersigned counsel, respectfully requests that the Court extend the time by which the defendant shall respond to Plaintiff's Complaint to May 22, 2006. The answer is due on Friday, April 21, 2006.[1] This is defendant's first request for an extension to answer or otherwise plead. Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and defendant has not obtained his position as to the relief requested. See Local Civil Rule 7(m).

The plaintiff brought this FOIA action against the Department of Justice. This extension will allow counsel for Defendant to properly confer with the Department, to further investigate and review all of the facts and circumstances surrounding the allegations in the complaint, and to acquire a declaration as necessary pertaining to the allegations as set forth therein.

Accordingly, the federal Defendant's request for an extension of time until May 22, 2006,

---

[1] The Docket indicates that the answer is due on May 15, 2006; however, because this matter was brought pursuant to the Freedom Of Information Act (FOIA), 5 U.S.C. § 552, federal defendant has thirty days to answer after service.

to respond to Plaintiff's Complaint, is made for good cause shown and not to cause undue delay of the proceedings.

<div style="margin-left: 40%;">

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building, 10th Floor
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 305-1334

Counsel for Defendant

</div>

## CERTIFICATE OF SERVICE

  I certify that the foregoing Motion for Extension of Time was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

DERRICK LIPSEY
R 9909-12
FEDERAL MEDICAL CENTER
CARD UNIT
P.O. Box 14500
Lexington, KY 40512

on this _____ day of April, 2006.

                         _____
                         Heather Graham-Oliver