UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRICK LIPSEY,** )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>**DEPARTMENT OF JUSTICE,** )<br>**EXECUTIVE OFFICE FOR** )<br>**U.S. ATTORNEYS** )<br> )<br>  Defendant. ) | Civ. Act. No. 06-0423(RWR) |

### DEFENDANT'S ANSWER TO COMPLAINT

Now comes the defendant, Department of Justice, Executive Office for United States Attorneys (EOUSA), by and through Counsel, and hereby answers the plaintiff's complaint as follows:

### AFFIRMATIVE DEFENSES

#### First Defense

Plaintiff has failed to state a claim upon which relief may be granted.

#### Second Defense

In response to the numbered paragraphs of Plaintiff's complaint, EOUSA admits, denies, or otherwise avers as follows:

#### JURISDICTION

1. The allegations contained in paragraph 1 of the plaintiff's complaint constitute his characterization of the legal basis for this action to which no answer is required. To the extent that an answer is required, admit.

2. Defendant is without sufficient information or belief to admit or deny the allegations

contained in paragraph 2 of plaintiff's complaint, and therefore denies same.

    3. Defendant admits.

    4. Defendant admits.

## COUNT-1

    1. Defendant's responses to paragraphs 1 through 4 concerning jurisdiction are hereby incorporated in Count 1, paragraph 1 of the plaintiff's complaint.

    2. Defendant admits the maintaining of a system of criminal records in the United States Attorney's Offices and denies any and all remaining allegations contained in Count 1, paragraph 2 of the plaintiff's complaint.

    3. Defendant admits receipt of plaintiff's request, avers that the dates and contents of the request speak for themselves and denies any and all remaining allegations contained in Count 1, paragraph 3 of the plaintiff's complaint.

    4. Defendant admits that a response was made to plaintiff's request, avers that the contents of the response speaks for itself and denies any and all remaining allegations contained in Count 1, paragraph 4 of the plaintiff's complaint.

    5. Defendant admits the appeal, avers that the dates, contents of the appeal and appeal decision speak for themselves and denies any and all remaining allegations contained in paragraph 5 of the plaintiff's complaint.

    6. Paragraph 6 of the plaintiff's complaint contains a characterization of Plaintiff's complaint, to which no response is required. To the extent a response is required, the allegations are denied.

## **COUNT-2**

1. Defendant's responses to paragraphs 1 through 4 concerning Jurisdiction are hereby incorporated in Count 2, paragraph 1 of the plaintiff's complaint.

2. Defendant admits the maintaining of a system of criminal records in the United States Attorney's Offices and denies any and all remaining allegations contained in Count 2, paragraph 2 of the plaintiff's complaint.

3. Defendant admits receiving plaintiff's request, issuing a response and the filing of an appeal by Plaintiff, and avers that the dates and contents of the request, response, appeal, and appeal denial speak for themselves. Defendant further denies any and all remaining allegations contained in Count 1, paragraph 3 of the plaintiff's complaint.

4. Count 2, Paragraph 4 contains a characterization of Plaintiff's complaint, to which no response is required. To the extent a response is required, the allegations are denied.

The remainder of the complaint is a prayer for relief to which no answer is required. To the extent that an answer may be deemed required, deny that plaintiff is entitled to the relief requested or to any relief whatsoever.

Defendant denies each and every statement and allegation made in this complaint not expressly admitted herein.

**WHEREFORE**, defendant asks that the Court enter judgment in favor of the defendant and dismiss plaintiff's case in its entirety.

Respectfully Submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/
                              _____
                              HEATHER D. GRAHAM-OLIVER
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 4th St., N.W.
                              Washington, D.C.  20530
                              (202) 305-1334