UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
AUG 0 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DERRICK LIPSEY,

    Plaintiff,

v.

DEPARTMENT OF JUSTICE,

    Defendant.

Civil Action No. 06-0423 (RWR)

### MOTION FOR JUDGMENT

**Comes Now**, Defendant Derrick Lipsey, proceeding **pro se** and without the aid of counsel, who respectfully moves this Honorable Court to Enter Judgment in his favor in the above styled case for the following reasons.

This Court Ordered Defendant to respond to Plaintiff's F.O.I.A. Complaint by May 22, 2005. On April 20, 2006, Defendant requested and received from this Court an extension of time in which Defendant could file its response. On May 19, 2006, Defendant filed its initial response. Then on July 5, 2006, this Court ORDERED that counsel for defendant file no later than July 19, 2006 a memorandum proposing a schedule upon which this case should proceed. As of this date, July 31, 2006, the Defendant has not complied with this Court's ORDER of July 6, 2006. As such, Plaintiff moves this COurt to consider Defendant's failure

1

to comply with this ORDER as the Defendant admitting to and agreeing with Plaintiff's factual allegations and the relief Plaintiff seeks.

In Plaintiff's Complaint he sought to have the Defendant disclose to Plaintiff fully the 30 pages that were held in full by Defendant and the full disclosure of the 29 pages of Plaintiff's file that were released in part. (See Exhibit A in Plaintiff's Complaint and Count One one of Complaint).

In Count Two of Plaintiff's Complaint he sought to have fully disclosed the transcripts of Plaintiff's Federal Grand Jury Proceedings.

It is Plaintiff's position that the 29 pages released in part, the 30 pages withheld and the Grand Jury transcripts are significant importance to his current proceedings in Federal Court. Currently in Federal Court Plaintiff is seeking the Reopening of his Criminal case due to significant Fraud being perpetuated upon the Federal District Court by Plaintiff's former attorney, Donald Timothy Huey, and one or more United States Attorney's who were directly involved in the Fraudulent conduct before the Federal Court. Defendant in this dispute knows or should have known that other Department Attorney's have been involved in deception and deliberate cover-up before a Federal tribunal Plaintiff's criminal proceedings.

Thus, the information that is being withheld in full and in part in Counts One and Two of Plaintiff's Complaint has a significant bearing on the Fruadulent acts of several Officers of the Court. Not only will the full disclosure of these documents shed further light on the Fruadulent conduct (**misconduct**) by government officials but, the full disclosure will also bring forth to light other misconduct by govenment officials.

For all the reasons set forth herein, Plaintiff asks this Court to Enter Judgment in his favor requiring the Defendant to fully disclose the withheld documents. Alternatively, Plaintiff asks that this Court consider Defendant's failure to respond to its July 5, 2006 ORDER as one admitting to and agreeing with Plaintiff's requests and permit plaintiff to file for Summary Judgment at which time he would be allowed to submit documents demonstrating government misconduct. This evidentiary showing will allow for the full disclosure of the requested files by Plaintiff.

**Wherefore,** Plaintiff prays that this Court will GRANT his requests herein and the relief the Court deems appropriate.

Respectfully submitted,

*Derrick Lipsey*
DERRICK LIPSEY / Pro se

3

## CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the forgoing has been mailed to Defendant at Judiciary Center Building, 10th Floor, 555 Fourth Street, N.W., Washington, D.C. 20530, on this 31st day of July, 2006.

                                        Respectfully submitted,

                                        DERRICK LIPSEY, Pro se