UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRICK LIPSEY,** ) | |
|            **Plaintiff,** ) | |
| ) | |
| v. ) | Civ. Act. No. 06-0423(RWR) |
| ) | |
| **DEPARTMENT OF JUSTICE,** ) | |
| **EXECUTIVE OFFICE FOR** ) | |
| **U.S. ATTORNEYS** ) | |
| ) | |
|            **Defendant.** ) | |

**OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT
AND MOTION FOR LEAVE TO FILE PROPOSED SCHEDULING ORDER**

Now comes the Defendant, requesting leave to file a proposed scheduling order governing how this case will proceed and in opposition to the Plaintiff's motion for judgment.[1] Plaintiff filed a motion for judgment on the basis that, contrary to Court order, Defendant neglected to file, on or before July 19, 2006, a memorandum proposing a schedule upon which this case should proceed. Said memorandum was not filed on July 19, 2006, due to the press of business, which included:

- preparing for trial scheduled for July 27, 2006, in <u>David v. Billington</u>, Civ. Act. No. 04-0985 (RWR);

- responding to discovery requests on behalf of the United States in <u>Kalil v. USDA</u>, Civ. Act. No. 01-2194 (RJL); and

---

[1] Defendant has not interpreted it as such; however, to the extent that this Court determines that Plaintiff's Motion for Judgment is on the merits of the case, Defendant would request that it have until September 29, 2006 to oppose it on the merits and to file a cross-motion for summary judgment.

- responding to discovery requests on behalf of the United States in <u>Simmons v. Cox,</u> Civ. Act. No. 05-1828 (RCL)

Defendant is now requesting leave to file the attached proposed scheduling order. Plaintiff has brought this action pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 and Privacy Act (PA), 5 U.S.C. § 552a, requesting the disclosure of Grand Jury transcripts as well as other documents and files maintained by the U.S. Attorney's Office. Defendant plans to address Plaintiff's claims through a dispositive motion.

Defendant proposes to file a Motion for Summary Judgment no later than September 29, 2006. Said motion will dispose of all issues in this case. Accordingly, Defendant does not consent to the transfer of this case to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 171538
Assistant United States Attorney

_____/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building

2

555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

## CERTIFICATE OF SERVICE

I certify that a copy of Defendant's Opposition and Motion for leave to file Proposed Scheduling Order has been mailed, first class, postage prepaid, to Plaintiff at the following address:

Derrick Lipsey, Pro Se
Reg. No. 99099-012
P.O. Box 14500
Lexington, KY 40512

on this 10th day of August, 2006

_____
Heather Graham-Oliver
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERRICK LIPSEY,       ) | |
|       Plaintiff,     ) | |
|    v.                                ) | Civ. Act. No. 06-0423(RWR) |
| DEPARTMENT OF JUSTICE, ) | |
| EXECUTIVE OFFICE FOR   ) | |
| U.S. ATTORNEYS         ) | |
|       Defendant.     ) | |

**PROPOSED SCHEDULING ORDER**

It is hereby ordered that the defendant shall have until September 29, 2006, to file its Motion for Summary Judgment (Motion). Thereafter, the plaintiff shall file his Opposition on or before October 30, 2006, and the defendant shall file its Reply on or before November 10, 2006.

All discovery shall be stayed pending this Court's ruling on the Motion.

SO ORDERED.

_____
THE HONORABLE RICHARD W. ROBERTS
United States District Court Judge