RECEIVED
AUG 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DERRICK LIPSEY,

        Plaintiff

v.

DEPARTMENT OF JUSTICE,
EXECUTIVE OFFICE FOR
U.S. ATTORNEY'S

        Defendant.

Civ. Action No. 06-0423(RWR)

## MOTION 'S OPPOSITION TO DEFENDANT'S REQUEST FOR LEAVE TO FILE PROPOSED SCHEDULING ORDER

**Comes Now**, Plaintiff, Derrick Lipsey, who respectfully moves this Honorable Court to deny Defendant's request for Leave to File Proposed Scheduling Order.

On July 19, 2006, this Court ORDERED Defendant to present to the Court a proposed scheduling Order on how this case should proceed. Defendant did not comply with this Order and, thus, failed to file its proposed scheduling order until August 10, 2006.

Defendant seeks Leave of this Court to submit its scheduling order based on several factors that may present "good cause" allowing this Court under Federal Rules of Civil Procedure, Rule 6(b), to grant Defendant's request. However, pursuant to Rule 6(b)(1) such request can be granted only if "request is made **before** the expiration of the period originally prescribed ... ." (emphasis added). In the case at bar, Defendant's request was

(1)

made well **after** the prescribed time period set forth in this Court's July 19, 2006 Order. Therefore, under Rule 6(b)(1) this Court can not grant Defendant's request.

However, under Rule 6(b)(2) this Court could grant such request if (a) the failure of Defendant was the result of excusable neglect and (b) if the request for enlargement of time is made in reference to actions under Rule 50(b) ... . Here, Defendant's stated reasons for their delay does not fall under excusable neglect. Defendant simply states that their reason for not timely responding was due "to the press of business". Although these stated reasons may be suitable for "good cause" under 6(b)(1) but the same is not excusable neglect. The same request Defendant made for Leave could have been made prior to the expiration of the July 19, 2006 Order. There was nothing hindering Defendant from from <u>seeking Leave</u> earlier especially with the vast amount of resources at their disposal.

Thus, and for the reasons set forth herein, Plaintiff asks this Court to deny Defendant's request fro Leave and GRANT Plaintiff his request for Judgment and/ or to proceed with a Magistrate Judge in this matter.

                                                      Respectfully submitted,

                                                      */s/ Derrick Lipsey*
                                                      Derrick Lipsey, Pro se

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of this Document has been mailed first class U.S. Mail to the U.S. Attorney's Office at 555 4th St., N.W., Washington, D.C. 20001, on this 15, 2006.

Respectfully submitted,

*Derrick Lipsey*
Derrick LIpsey, Pro se

(3)