UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
SEP 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DERRICK LIPSEY,

    Plaintiff,

V.

CAUSE NO. 06-0423 RWR

DEPARTMENT OF JUSTICE, et al,

    Defendant.

------------------------------/

## WAIVER OF DISQUALIFICATION

**Comes Now,** Plaintiff Derrick Lipsey, **pro se**, and in response to this Court's August 28, 2006 letter states that Plaintiff waives Judge Roberts' disqualification in the above styled case.

Respectfully submitted,

*Derrick Lipsey*
DERRICK LIPSEY,   Pro se
DATE: 9/9/06