UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DERRICK LIPSEY,                        )
                    Plaintiff,         )
                                       )
                                       )    CIV. Act. No. 06-0423(RWR)
v.                                     )
                                       )
DEPARTMENT OF JUSTICE,                 )
EXECUTIVE OFFICE OF                    )
U.S. ATTORNEY'S                        )
                    Defendant.         )
                                       )
_____)

PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

**Comes Now,** Plaintiff Derrick Lipsey, proceeding **pro se,** who

respectfully moves this Honorable Court for additional time in

which to file a Response or Reply to Defendant's Summary Judgment

Motion.

Plaintiff is pro se in this action. He does not have any

formal training in law, he does not have any legal assistance

in this matter, and he is unable to hire an Attorney to assist

him and/or litigate in these matters on his behalf. Furthermore,

given his pro se status and the complex nature of these

proceedings he will need additional time to file a proper response.

For the reasons set forth above, Plaintiff asks this Court

for 45 days, (until November 15, 2006), in which to file his

Response  or Reply.

Respectfully submitted,

_Derrick Lipsey_
DERRICK LIPSEY, Pro se

**RECEIVED**

OCT 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that the following Motion for Appointment of Counsel was served upon Defendant by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Jeffrey A. Taylor - U.S.A.
Rudolh Contraras  - A.U.S.A.
Heather D. Graham-Oliver - A.U.S.A.
Judiciary Center Building
5554th St., N.W.
Washington, D.C. 20530

*Mr. Derrick Lynn*