UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DERRICK LIPSEY,                    )
                                   )
                Plaintiff,  )
                                   )          CIV. Act. No. 06-0423(RWR)
v.                                 )
                                   )
DEPARTMENT OF JUSTICE,             )
EXECUTIVE OFFICE FOR               )
U.S. ATTORNEY'S                    )
                Defendant.  )
-------------------------------)


## MOTION FOR APPOINTMENT OF COUNSEL

**Comes Now,** Plaintiff Derrick Lipsey, proceeding **pro se,** who respectfully moves this Honorable Court to Appoint Counsel to assist Plaintiff in these proceedings.

Plaintiff is pro se in this action and has no training in the law. He therefore seeks this Court's Appointment of Counsel to either assist Plaintif and/or act as Plaintiff's Counsel in these proceedings. Such appointment by this Court would be helpful to all parties involved and to this Court. Further, given the complex nature of these proceedings and Plaintiff's inablity to hire counsel for such proceedings counsel should be appointed for Plaintiff.

**Wherefore,** Plaintiif **prays** that this Honorable COurt will GRANT his request for Appointment of Counsel.

## RECEIVED

OCT 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

_Derrick Lipsey_
DERRICK LIPSEY, Pro se

## CERTIFICATE OF SERVICE

I certify that the following Motion for Appointment of Counsel was served upon Defendant by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

```
Jeffrey A. Taylor - U.S.A.
Rudolh Contraras  - A.U.S.A.
Heather D. Graham-Oliver - A.U.S.A.
Judiciary Center Building
5554th St., N.W.
Washington, D.C. 20530
```