reply to Plaintiff's Opposition, is made for good cause shown and not to cause undue delay of the