IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRICK LIPSEY** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>) Civil Action No. 06-0423 (RBW)<br>**V.** )<br>) ECF<br>**DEPARTMENT OF JUSTICE** )<br>)<br>**Defendant.** )<br>) | |

**Motion For Extension Of Time To File Reply**

In accordance with Federal Rule of Civil Procedure 6(b)(1), defendant, by and through undersigned counsel, respectfully requests that the Court extend the time by which the defendant shall file its reply up to and including December 14, 2006. The reply is due on Thursday, November 30, 2006. Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and defendant has not obtained his position as to the relief requested. See Local Civil Rule 7(m).

There is good cause for this motion. Defendant's preparation of its reply brief has been hampered by other responsibilities which have occupied the counsel for the Government. These responsibilities have included taking the deposition of the Plaintiff, preparing witnesses for deposition and defending depositions in Simmons v. Cox, Civ. Act. No. 05-1828 (RCL) (depositions scheduled for the week of November 13, 2006 and November 27, 2006); and filing responsive pleading in Enterprise National Bank v. Johann, 06-1344 (RCL); and investigating the complaint and applicable law in Anderson v. Spellings, Civ. Act. No. 05-1855 (RMC). In addition, the defendant wishes to supplement its declaration with respect to its search for Grand Jury materials that were not located.

Accordingly, the defendant's request for an extension of time until December 14, 2006, to reply to Plaintiff's Opposition, is made for good cause shown and not to cause undue delay of the proceedings.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building, 10th Floor
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-1334

Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I certify that the foregoing Motion for Extension of Time to File Reply was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

DERRICK LIPSEY
R 9909-12
FEDERAL MEDICAL CENTER
CARD UNIT
P.O. Box 14500
Lexington, KY 40512

on this 30th day of November, 2006.

      /s/

_____
Heather Graham-Oliver