IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRICK LIPSEY** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civ. Act. No. 06-0423 (RBW) |
| v. | ) |
| | ) ECF |
| **DEPARTMENT OF JUSTICE** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### Motion For Extension Of Time To File Reply

In accordance with Federal Rule of Civil Procedure 6(b)(1), Defendant, Executive Offices of the United States Attorney (EOUSA), subcomponent of the Department of Justice, by and through undersigned counsel, respectfully requests that the Court extend the time by which EOUSA shall file its Reply up to and including Thursday, December 21, 2006. The reply is due on December 14, 2006. Because Plaintiff is incarcerated and proceeding *pro se*, Local Rule 7(m) does not apply to this motion, and Defendant has not obtained his position as to the relief requested. See Local Civil Rule 7(m).

There is good cause for this motion. Defendant was initially unable to find Grand Jury materials. However, after the Plaintiff filed his Opposition, EOUSA made a supplemental search and found the Grand Jury materials. In order to accommodate the identification of these materials through the creation of a Vaughn index, Defendant respectfully requests a further extension of time for one (1) week until Thursday December 21, 2006. This request is not for the purpose of delay but to facilitate a complete and supplemental response.

Accordingly, the Defendant's request for an extension of time until December 21, 2006, to reply to Plaintiff's Opposition, is made for good cause shown and not to cause undue delay of the proceedings.

    Respectfully submitted,

    /s/

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    /s/

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    /s/

_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building,
Rm. 4-4808
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 305-1334

Counsel for Defendant

**CERTIFICATE OF SERVICE**

_____I certify that the foregoing Motion for Extension of Time to file Reply was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

DERRICK LIPSEY
R 9909-12
FEDERAL MEDICAL CENTER
CARD UNIT
P.O. Box 14500
Lexington, KY 40512

on this 14th day of December, 2006.

 

_____
Heather Graham-Oliver