UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERRICK LIPSEY,<br><br>               Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br>EXECUTIVE OFFICE FOR<br>U.S. ATTORNEY'S<br><br>               Defendant. | Civ. Act. No. 06-0423(RWR)<br><br>**RECEIVED**<br><br>FEB 0 9 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## RENEWAL OF MOTION FOR APPOINTMENT OF COUNSEL

**COMES NOW**, Plaintiff Derrick Lipsey, **pro se**, who respectfully moves this Court to allow him to RENEW his previous Motion For Appointment Of Counsel in the above styled case.

Plaintiff is proceeding pro se and does not have the legal knowledge or resources to properly or adequately respond and challenge Defendant's responses in this action. He therefore needs the assistance or aid of competent counsel to assist him in these matters, particularly as this legal process becomes more difficult. Further, Plaintiff is unable to retain counsel.

For the reasons setforth herein and in his previous Motion For Appointment For Counsel Plaintiff humbly asks this Honorable Court to Appoint him Counsel.

## CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the forgoing has been mailed first class mail to the U.S. Attorney's Office at Judiciary Center Building, RM7300, 600 E. St., N.W. Washington, D.C. 20530 on this 5th day of Febuary, 2007.

Respectfully submitted,

*Derrick Lipsey*
Derrick Lipsey, Pro se