UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DERRICK LIPSEY,                )
                               )
        Plaintiff,             )
                               )
                               )
vs.                            )    Civ. Action No. 06-0423(RBW)
                               )
                               )
DEPARTMENT OF JUSTICE,         )
EXECUTIVE OFFICE FOR           )
U.S. ATTORNEY'S                )
                               )
        Defendant.             )
-------------------------------/

## MOTION FOR DISCOVERY

COMES NOW, Plaintiff Derrick Lipsey, **pro se**, and without the aid or assistance of counsel, who moves this Honorable Court to allow for discovery in the above styled case.

Plaintiff is pro se and has no formal training in the law or the preparation of legal briefs (motions). Further, he does not have counsel for this matter and is currently unable to obtain counsel to represent him in this matter now before this Court. Nevertheless, Plaintiff contends that if Discovery is had, including the serving interrogatories on the U.S. Attorney's involved in Plaintiff's criminal case, the Attorney, Tim Huey, who was involved with the fraudulent conduct upon the court, and possible others, such would result in this Court being shown that no adequate or proper search of its files and records were done by Defendant. Further, such Discovery would unearth or show this Court that certain documents, such as additional letters exchanged

between the U.S. Attonrey's Office and Plaintiff's former criminal Attorney Tim Huey, are present in the files or records of Defendant that should be dosclosed and that are not legally or procedurally exempt from from disclosure under the FOIA.

Finally, no disrespect to the Defendant as a whole, but there has been and there continues to be some level of inappropriate non-disclosure of documents that are in the files or records of Defendant or to which could be discovered and disclosed by way of Discovery including interrogatories.

For all the reasons set forth herein, Plaintiff asks this Court to liberally construe his Discovery request here and allow Discovery in his case including the service of interrogatories on several officer's of the Court.

WHEREFORE,, Plaintiff **prays** that this Honorable Court will GRANT his request herein.

                              Respectfully submitted,

                              /s/ Derrick Lipsey
                              Derrick Lipsey, Plaintiff

2.

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify under the penalty of perjury that a true and exact copy of the forgoing motion has been mailed first-class U.S. Mail, postage prepaid, to the U.S. Attorney's Office at the Judiciary Center Building, RM 7300, 600 E. St., N.W., Washington, D.C. 20530 on this 8th day of March, 2007.

                                        Respectfully submitted,

                                        */s/ Derrick Lipsey*
                                        Derrick Lipsey, Plaintiff