UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DERRICK LIPSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-423  (RBW) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Memorandum Opinion issued this 19th day of March, 2007, it is

ORDERED that defendant's motion for summary judgment [15] is GRANTED.  It is

FURTHER ORDERED that plaintiff's motion for judgment [10] is DENIED.  It is

FURTHER ORDERED that defendant's motion for leave to filed proposed scheduling order [11] is GRANTED nunc pro tunc.

Judgment is entered in favor of defendant.

/s/
REGGIE B. WALTON
United States District Judge